```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS


KATLYNN HOWARD,                    )
  Plaintiff                        )
                                   )
          v.                       )    C.A. No. 09-30061-MAP
                                   )
SIX FLAGS NEW ENGLAND, ET AL.,     )
  Defendants                       )
```

                    ORDER RE: STATUS REPORT

                         July 8, 2011

PONSOR, D.J.

On July 9, 2009, counsel filed a Suggestion of Bankruptcy regarding Defendant Six Flags. On July 13, 2009, the court entered an order closing the case procedurally. The court subsequently allowed a Motion for Reconsideration vacating its order and staying the case pending bankruptcy proceedings.

In light of the fact that it has been nearly two years since the court stayed this case, counsel for Plaintiff is ordered to submit a status report no later than August 15, 2011, describing where this case stands and what Plaintiff's intentions are to pursue it.

It is So Ordered.

                                     /s/ Michael A. Ponsor
                                     MICHAEL A. PONSOR
                                     U. S. District Judge